[865 NE2d 1, 832 NYS2d 893]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO MELENDEZ, Appellant.

Argued February 15, 2007; decided March 22, 2007

### APPEARANCES OF COUNSEL

*Edward J. Nowak, Public Defender,* Rochester (*Brian Shiffrin* of counsel), for appellant.

*Michael C. Green, District Attorney,* Rochester (*Arthur G. Weinstein* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

During the testimony of a non-English-speaking witness, the trial court required defendant's court-appointed interpreter to stand at the back of the courtroom and interpret for the entire court, rather than solely for defendant. The constitutional issues defendant raises—including the violation of his right to counsel, his right to be present and his right to participate in his own defense—were not presented to the trial court and are thus not preserved for our review. Defendant's remaining contentions regarding alleged inaccurate translation of complainant's testimony and faulty instructions to the grand jury are without merit.

Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH and JONES concur; Judge PIGOTT taking no part.

Order affirmed in a memorandum.